UNITED STATES of America,
Plaintiff–Appellee,

v.

Mary REAGAN, Defendant–Appellant.

No. 08–16904
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 28, 2009.

Mary Erickson, Decatur, GA, for Defendant–Appellant.

Doug Gilfillan, John Andrew Horn, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Before TJOFLAT, EDMONDSON and BLACK, Circuit Judges.

PER CURIAM:

Mary Erickson, appointed counsel for Mary Reagan in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is **GRANTED,** and Reagan's conviction and sentence are **AFFIRMED.**